No. 460. The Missouri Pacific Railway Company, Plaintiff in Error, *v.* The Larabee Flour Mills Company. In error to the Supreme Court of the State of Kansas. Motion to dismiss or affirm submitted April 10, 1916. Decided April 17, 1916. *Per Curiam.* Dismissed for want of jurisdiction with 10 per centum damages upon the authority of—

(1) *Roberts* v. *Cooper*, 20 How. 467, 481; *Supervisors* v. *Kennicott*, 94 U. S. 498; *Clark* v. *Keith*, 106 U. S. 464; *Chaffin* v. *Taylor*, 116 U. S. 567, 572; *Thompson* v. *Maxwell Land Grant Co.*, 168 U. S. 451, 456; *Illinois* v. *Illinois Central R. R.*, 184 U. S. 77, 90–93.

(2) *Missouri Pacific Railway* v. *Larabee Flour Mills Co.*, 211 U. S. 612; *Missouri Pacific Railway* v. *Larabee Flour Mills Co.*, 234 U. S. 459. *Mr. B. P. Waggener, Mr. W. P. Waggener* and *Mr. A. E. Crane* for the plaintiff in error. *Mr. Joseph G. Waters* and *Mr. Charles Blood Smith* for the defendant in error.